Gregory Papadopoulos,

9750 Queens blvd, F15, Rego Park, NY. 11374

tel 917-754-7979

Ms. Maria Hamilton, Clerk of the Court,

US Court of Appeals for the 1st Circuit,

1 Courthouse way, Boston Ma. 02210

February 25, 2020

RE: Papadopoulos v US Government et al index: 19-1825

Dear Ms. Hamilton:

I am in receipt of letter from Ms. Mary Murrane advising the Court that she will not be filing appellate briefs in opposition. In her letter she appears to be implying that she will not be submitting briefs because her office has not been served. This is not true, or at the very least Plaintiff/Appellant is not responsible.

First, this case was dismissed before anyone could serve the complaint and supporting documents.

Second, District Court case 19-11331 was approved for IFP status. In IFP cases serving responsibility rests with the US Marshals and not the Plaintiff.

Third, to be certain that defendants could not possibly argue lack of service, when I mailed to the Courthouse and the US Attorney's office my Briefs, I also included a copy of the record on appeal. Briefs had a weight of 2-3 ounces and the record about a pound. See attached postal receipt verifying that on Jan. 21, 2020 I mailed two packages to the Courthouse. One having a weight of 1 Lb 2.90 oz (one copy of the briefs and the record) and another 4 Lb 13.90 oz (four copies of the briefs and the record). Both packages were delivered on January 23, 2020 at 1:48 pm and at that time the Government was served with the record.

In the past, in other similar cases the Government has always argued that I was delusional and mentally sick for alleging that the FBI will cooperate with Gangsters. In fact not only all my claims were dismissed, but I also had to

involuntarily spend three months in a NYS Mental Hospital. However, since the Whitey Bulger-FBI conspiracy was uncovered they can no longer argue mental disabilities.

To me it appears that what Ms. Murrane is implying is that the Government is not objecting to this case being remanded. After all the FBI had almost a year to make arrangements for most of my potential witnesses, including my only son, to disappear. In fact two potential witnesses, a Mr. Jeffrey Epstein, a former Palm Beach neighbor, and Mr. Whitey Bulger while in jail were even murdered and permanently silenced.

Respectfully

Gregory Papadopoulos, Appellant Prose.

cc: Ms. Mary Murrane


PS: Kindly see that this letter is docketed.

```
===================================
           ELMHURST
       5901 JUNCTION BLVD
      ELMHURST, NY 11373-9997
           358191-0010
           (800)275-8777
         01/21/2020 01:23 PM
===================================
===================================
-----------------------------------
Product              Qty   Unit    Price
                           Price
-----------------------------------
PM 2-Day              1    $8.30   $8.30
   (Domestic)
   (BOSTON, MA  02210)
   (Weight:1 Lb 2.90 Oz)
   (Expected Delivery Day)
   (Thursday 01/23/2020)
   (USPS Tracking #)
   (9505 5138 9108 0021 2622 38)
Insurance                          $0.00
   (Up to $50.00 included)
PM 2-Day              1    $10.85  $10.85
   (Domestic)
   (BOSTON, MA  02210)
   (Weight:4 Lb 13.90 Oz)
   (Expected Delivery Day)
   (Thursday 01/23/2020)
   (USPS Tracking #)
   (9505 5138 9108 0021 2622 45)
Insurance                          $0.00
   (Up to $50.00 included)
-----------------------------------
Total:                             $19.15
-----------------------------------

-----------------------------------
Credit Card Remitd                 $19.15
   (Card Name:MasterCard)
   (Account #:XXXXXXXXXXXX7388)
   (Approval #:09182W)
   (Transaction #:527)
   (AID:A0000000041010      Chip)
   (AL:MASTERCARD)
   (PIN:Not Required   CAPITAL ONE)
-----------------------------------

Includes up to $50 insurance

Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit www.usps.com
USPS Tracking or call 1-800-222-1811.
```

Papadopoulos
9750 Queens blvd. F15
Rego Park NY. 11374

NEW YORK NY 100
25 FEB 2020 PM 13 L

Gwen Ifill

Ms. Maria Hamilton
Clerk of the Court.
US Court of Appeals for the 1st Circuit
1 Courthouse Way
Boston Ma. 02210

02210-302599